# Exhibit A

# United States of America
## United States Patent and Trademark Office

# ASCEND

**Reg. No. 4,112,153**
**Registered Mar. 13, 2012**
**Int. Cls.: 11, 18, 20, 21, and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

BASS PRO INTELLECTUAL PROPERTY, L.L.C. (MISSOURI LIMITED LIABILITY COMPANY)
2500 E. KEARNEY STREET
SPRINGFIELD, MO 65898

FOR: HEADLAMPS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 5-0-2010; IN COMMERCE 5-0-2010.

FOR: BACKPACKS, DAYPACKS, DUFFLE BAGS, LUGGAGE, DRY BAGS, HYDRATION PACKS, NAMELY, BACKPACK HYDRATION SYSTEMS CONSISTING OF A BACKPACK, A RESERVOIR AND A MOUTHPIECE CONNECTED TO THE RESERVOIR BY A TUBE, HIKING STAFFS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 5-0-2009; IN COMMERCE 5-0-2009.

FOR: SLEEPING BAGS, SLEEPING PADS, CAMPING CHAIRS, STOOLS, AND COTS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 3-0-2010; IN COMMERCE 3-0-2010.

FOR: PLASTIC AND STAINLESS STEEL WATER BOTTLES SOLD EMPTY, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 6-0-2009; IN COMMERCE 6-0-2009.

FOR: APPAREL, NAMELY, TOPS, TEE SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, PANTS, SHORTS, SWEATSHIRTS, SWEATERS; LAYERING TOPS AND BOTTOMS; CAPS; HEADBANDS; BEANIES; GLOVES; FOOTWEAR, NAMELY, HIKING BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-0-2010; IN COMMERCE 2-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-634,481, FILED 12-16-2008.

David J. Kappos
Director of the United States Patent and Trademark Office

Reg. No. 4,112,153  GIANCARLO CASTRO, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# ASCEND

**Reg. No. 3,891,453**  
**Registered Dec. 14, 2010**  
**Int. Cl.: 22**

**TRADEMARK**

**PRINCIPAL REGISTER**

BASS PRO INTELLECTUAL PROPERTY, L.L.C. (MISSOURI LIMITED LIABILITY COMPANY)
2500 E. KEARNEY STREET
SPRINGFIELD, MO 65898

FOR: TENTS, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FIRST USE 5-0-2009; IN COMMERCE 5-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-980,529, FILED 12-16-2008.

GIANCARLO CASTRO, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# ASCEND

**Reg. No. 4,003,405** BASS PRO INTELLECTUAL PROPERTY, L.L.C. (MISSOURI LIMITED LIABILITY COMPANY)
**Registered July 26, 2011** 2500 E. KEARNEY STREET
SPRINGFIELD, MO 65898
**Int. Cl.: 12**

FOR: KAYAKS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK** FIRST USE 2-0-2010; IN COMMERCE 2-0-2010.

**PRINCIPAL REGISTER** THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-981,848, FILED 6-10-2009.

ESTHER A. BORSUK, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# ASCEND

**Reg. No. 4,050,082** BASS PRO INTELLECTUAL PROPERTY, L.L.C. (MISSOURI LIMITED LIABILITY COMPANY)
**Registered Nov. 1, 2011** 2500 E. KEARNEY STREET
SPRINGFIELD, MO 65898
**Int. Cl.: 12**

FOR: KAYAK PADDLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK** FIRST USE 2-0-2011; IN COMMERCE 2-0-2011.

**PRINCIPAL REGISTER** THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-982,602, FILED 6-10-2009.

ESTHER A. BORSUK, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# ASCEND

**Reg. No. 4,764,240**  
**Registered June 30, 2015**  
**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

BASS PRO INTELLECTUAL PROPERTY, L.L.C. (MISSOURI LIMITED LIABILITY COMPANY)
2500 E. KEARNEY STREET
SPRINGFIELD, MO 65898

FOR: CANOES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 3-0-2014; IN COMMERCE 3-0-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-448,694, FILED 11-7-2014.

BARBARA GAYNOR, EXAMINING ATTORNEY



Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,764,241**  BASS PRO INTELLECTUAL PROPERTY, L.L.C. (MISSOURI LIMITED LIABILITY COMPANY)
**Registered June 30, 2015**  2500 E. KEARNEY STREET
SPRINGFIELD, MO 65898
**Int. Cl.: 12**

FOR: CANOES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

**TRADEMARK**  FIRST USE 3-0-2014; IN COMMERCE 3-0-2014.

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF THE LETTER "A" WITH BARK LIKE SHADING AND THE IMAGE OF A TREE WITHIN THE "A".

SER. NO. 86-448,701, FILED 11-7-2014.

BARBARA GAYNOR, EXAMINING ATTORNEY



Michelle K. Lee

Director of the United States
Patent and Trademark Office