# Exhibit B





**Mad Miles x Ascend MMXVII Windbreaker | Red**

Size - Small

$65

Mad Miles x Ascend MMXVII Windbreaker | Red

Preorder item!!!

•Quarter-zip closure

•Large center pocket with hidden zipper closure

•Adjustable bungee drawcord at hood.

•True to size fit





