IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BASS PRO INTELLECTUAL PROPERTY, L.L.C., a Missouri limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) ) ) | CIVIL ACTION FILE NO. 3:23-cv-00324-FDW-SCR |
| v. | ) ) | |
| ASCEND APPAREL LLC, a North Carolina limited liability company, KIMANI BETHUNE-JONES, an individual, and SALIM COLLINS, an individual, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT**

1. Plaintiff Bass Pro Intellectual Property, L.L.C. filed this action on May 31, 2023. *See* ECF No. 1. Defendants Ascend Apparel LLC, Kimani Bethune-Jones, and Salim Collins have been served, but have not filed an answer to this action. All Parties are properly subject to this Court's jurisdiction, and all Defendants hereby consent to the jurisdiction of this Court.

2. On July 25, 2023, the Parties executed a Settlement Agreement. The terms of the Settlement Agreement are confidential.

3. One element of the Parties' Settlement Agreement is the entry of a Consent Judgment. The Parties' proposed Consent Judgment is attached hereto as

1

Exhibit A.

4. Consent orders and judgments are frequent aspects of settlement agreements in cases involving trademark or patent infringement. Courts routinely issue consent judgments agreed to by the parties to such actions. *See, e.g.*, *Hyundai Motor Am., Inc. v. Direct Techs. Int'l, Inc.*, No. 3:17-CV-732-MOC-DSC, 2020 WL 953530 (W.D.N.C. Feb. 25, 2020) (entering consent judgment and permanent injunction); *MicroBlue Bearings, Inc. v. Machmodified Incororated*, No. 515CV00099RLVDCK, 2016 WL 818592 (W.D.N.C. Mar. 2, 2016) (entry of consent motion); *Maye v. Worrell*, No. 3:13-CV-00510-MOC, 2014 WL 2726170 (W.D.N.C. May 23, 2014) (entering consent judgment).

5. Therefore, the Parties respectfully request that the Court enter the attached Consent Judgment.

Respectfully submitted this 26th day of July, 2023.

| *Counsel for Plaintiff Bass Pro Intellectual Property, L.L.C.* | *Defendants Ascend Apparel LLC, Salim Collins, and Kimani Bethune-Jones* |
|---|---|
| s/ *Antonio E. Lewis*<br>Antonio E. Lewis<br>N.C. Bar No. 35409<br>300 S Tryon Street, Suite 1700<br>Charlotte, North Carolina 28202<br>Telephone: (704) 503-2600<br>Facsimile: (704) 503-2622<br>alewis@kslaw.com | s/ *Salim Collins*<br>Ascend Apparel LLC<br><br>s/ *Salim Collins*<br>Salim Collins<br><br>s/ *Kimani Bethune-Jones*<br>Kimani Bethune-Jones |

2

# CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2023, I have caused to be filed the foregoing **JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT** with the Clerk of Court via the ECF system. I have also caused a copy of the foregoing to be served upon the Defendants via email and U.S. Mail, postage prepaid, and addressed as follows:

Ascend Apparel LLC
c/o Salim Collins, Registered Agent
4412 Oak Lane
Charlotte, NC 28213
Salim Collins
salim.collins@yahoo.com

*Defendant*

Salim Collins
4412 Oak Lane
Charlotte, NC 28213
Salim Collins
salim.collins@yahoo.com

*Defendant*

Kimani Bethune-Jones
6856 Park Place Drive
Charlotte, NC 28262
kimanijones8@gmail.com

*Defendant*

 

   s/ *Antonio E. Lewis*
Antonio E. Lewis

*Counsel for Plaintiff Bass Pro Intellectual Property, L.L.C.*